**No. 10-9236. Tony Stevenson Johnson, Petitioner v. McKither Bodison, Warden.**

565 U.S. 1153, 132 S. Ct. 1088, 181 L. Ed. 2d 973, 2012 U.S. LEXIS 720.

January 17, 2012. On petition for writ of certiorari to the United States Court of appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Gonzalez v. Thaler, 565 U.S. 134, 132 S. Ct. 641, 181 L. Ed. 2d 619 (2012).

Same case below, 398 Fed. Appx. 927.

**No. 11-6912. William C. Breland, Jr., Petitioner v. United States.**

565 U.S. 1153, 132 S. Ct. 1096, 181 L. Ed. 2d 973, 2012 U.S. LEXIS 766.

January 17, 2012. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed on December 19, 2011.

Same case below, 647 F.3d 284.

**No. 11-7234. John Miles Foster, Petitioner v. Ralph Kemp, Warden.**

565 U.S. 1153, 132 S. Ct. 1099, 181 L. Ed. 2d 973, 2012 U.S. LEXIS 695.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Georgia dismissed. See Rule 39.8.

**No. 11-7343. Natalya Hampel, Petitioner v. United States.**

565 U.S. 1153, 132 S. Ct. 1105, 181 L. Ed. 2d 973, 2012 U.S. LEXIS 595.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit dismissed. See Rule 39.8.

Same case below, 429 Fed. Appx. 995.

**No. 11-7344. Matthew L. Faison, Jr., Petitioner v. Thurman Weaver, et al.**

565 U.S. 1153, 132 S. Ct. 1105, 181 L. Ed. 2d 973, 2012 U.S. LEXIS 700.

January 17, 2012. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.